April 23, 2018, 5:50 PM

> We put Isaiah on a plane yesterday flew him back to you once again
> And you didn't pick him up cause he's back here in NC at moms house
> She worried I'm worried
> Y'all need to pick his ASS up before something happens !!

Read 5:50 PM