UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MITCHELL GARNET EVANS )<br>*Executor of the Estate of Sallie Copeland* )<br>*Evans* )<br>Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA )<br>Defendant. ) | **JUDGMENT**<br>4:21-cv-45-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 30, 2022, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on August 30, 2022, and Copies To:**
Christopher R. Hedrick / Robert C. Slaughter, III  (via CM/ECF Notice of Electronic Filing)
Sharon C. Wilson (via CM/ECF Notice of Electronic Filing)

August 30, 2022                    PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk